IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY HANNIS-MISKAR,** | : | **No. 3:16cv142** |
| Plaintiff | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **NORTH SCHUYLKILL SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 22nd day of June 2016, upon consideration of defendant's motion to dismiss (Doc. 6), it is hereby **ORDERED**:

1. Defendant's motion is **GRANTED** pertaining to Count I. Count I is **DISMISSED WITH PREJUDICE**.

2. All remaining aspects of the defendant's motion are **DENIED**.

BY THE COURT:

/s/ Munley

JUDGE JAMES M. MUNLEY
United States District Court